No. 93–1284. HOECHST CELANESE CORP. ET AL. *v.* GILLIS ET AL. C. A. 3d Cir. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 93–7745. JOHNSON *v.* JOHNSON. Super. Ct. N. J., App. Div. Motion of petitioner for leave to proceed *in forma pauperis* denied. Petitioner is allowed until April 18, 1994, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33 of the Rules of this Court.

No. 93–7767. IN RE MADSEN. Petition for writ of mandamus denied.

No. 93–7740. IN RE CORETHERS; and
No. 93–7794. IN RE CORETHERS. Petitions for writs of mandamus and/or prohibition denied.

No. 93–7901. SCHLUP *v.* DELO, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER. C. A. 8th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted limited to Questions 1 and 2 presented by the petition.

No. 93–830. DAVIS SUPERMARKETS, INC. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. D. C. Cir. Certiorari denied.

No. 93–850. ORTIZ-CAMERON *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 93–1058. BENNETT *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.